# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139477 & (35)(37)

TRAVIS C. REECE,
        Plaintiff-Appellant,
        Cross-Appellee,

v                                                               SC: 139477
                                                                COA: 284451
                                                                WCAC: 07-000020
EVENT STAFFING and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
        Defendants-Appellees,
        Cross-Appellants.

_____/

        On order of the Court, the motion for leave to file brief amicus curiae is
GRANTED.  The application for leave to appeal the July 30, 2009 judgment of the Court
of Appeals and the application for leave to appeal as cross-appellant are considered, and
they are DENIED, because we are not persuaded that the questions presented should be
reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2009

_____
Clerk